JUNE 2, 1975*

No. 74–1027.  GARCIA ET AL. *v.* TEXAS STATE BOARD OF MEDICAL EXAMINERS ET AL.  Affirmed on appeal from D. C. W. D. Tex.  MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 74–1289.  PHAGAN *v.* TEXAS.  Appeal from Ct. Civ. App. Tex., 2d Sup. Jud. Dist., dismissed for want

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of the following:

No. 73–1285, *Wood* v. *Strickland, infra,* p. 997; No. 74–1027, *Garcia* v. *Texas State Board of Medical Examiners, infra,* this page; No. 74–1057, *Commodity Option Co.* v. *Bernhardt, infra,* p. 1004; No. 74–1062, *Caldwell* v. *City of New Orleans, infra,* p. 1003; No. 74–1072, *Henderson* v. *Donivan, infra,* p. 996; No. 74–1076, *Washington* v. *Murray, infra,* p. 1004; No. 74–1085, *Matteo* v. *United States, infra,* p. 998; No. 74–1097, *Consumers Union of United States* v. *Kissinger, infra,* p. 1004; No. 74–1121, *Hood* v. *United States, infra,* p. 998; No. 74–1133, *Strauss* v. *United States, infra,* p. 998; No. 74–1143, *Indiviglio* v. *United States, infra,* p. 998; No. 74–1160, *George R. Whitten, Jr., Inc.* v. *Paddock Pool Builders, Inc., infra,* p. 1004; No. 74–1218, *Allen Homes, Inc.* v. *Weersing, infra,* p. 998; No. 74–1244, *Brundage* v. *United States, infra,* p. 998; No. 74–1270, *Train* v. *Colorado Public Interest Research Group, Inc., infra,* p. 998; No. 74–1271, *H & R Block, Inc.* v. *Havenfield Corp., infra,* p. 999; No. 74–1272, *Local 542, International Union of Operating Engineers* v. *Higginbotham, infra,* p. 999; No. 74–1278, *Lovelace* v. *DeChamplain, infra,* p. 996; No. 74–1287, *Weinstein* v. *Bradford, infra,* p. 998; No. 74–1308, *Lundvall* v. *Kuiper, infra,* p. 996; No. 74–6072, *Jackson* v. *Illinois, infra,* p. 999; No. 74–6108, *Moore* v. *United States, infra,* p. 999; No. 74–6121, *Saunders* v. *Foltz, infra,* p. 999; No. 74–6161, *Breen* v. *United States, infra,* p. 998; No. 74–6238, *Geelan* v. *United States, infra,* p. 999; and No. 74–6357, *Roots* v. *Wainwright, infra,* p. 996.

of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–1308. Lundvall v. Kuiper et al. Appeal from Sup. Ct. Colo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–6357. Roots v. Wainwright, Corrections Director. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–948. United States v. Sanford et al. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Serfass* v. *United States,* 420 U. S. 377 (1975).

No. 74–1072. Henderson, Warden v. Donivan. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for consideration of question of mootness.

No. 74–1278. Lovelace et al. v. DeChamplain. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the United States District Court for the Western District of Missouri with directions to dismiss cause as moot.